```
             UNITED STATES DISTRICT COURT
                       FOR THE
             MIDDLE DISTRICT OF PENNSYLVANIA

JOHN AIKENS,                    :
                                :
        Plaintiff               :   No. 1:15-CV-00365
                                :
    vs.                         :   (Judge Kane)
                                :
R.N. BRENDA HOUSER,             :
                                :
                                :
        Defendant               :
```

### ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT** Defendant's motion to dismiss (Doc. 13) is **DENIED**.

```
                              S/ Yvette Kane
                         Yvette Kane
                         United States District Judge
```

Date: January 8, 2016