UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN AIKENS,** | : | |
| | : | |
| Plaintiff | : | No. 1:15-CV-00365 |
| | : | |
| vs. | : | (Judge Kane) |
| | : | |
| **R.N. BRENDA HOUSER,** | : | |
| | : | |
| | : | |
| Defendant | : | |

### ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Houser's motion for summary judgment (Doc. No. 19) is GRANTED.

2. Judgment is hereby entered in favor of the the Defendant Houser and against Aikens.

4. The Clerk of Court shall **CLOSE** this case.

5. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith.

s/ Yvette Kane
United States District Judge

Date: November 15, 2016